```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
RONALD SATISH EMRIT,                )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )   C.A. No. 16-543 S
                                    )
PROVIDENCE HOUSING AUTHORITY,       )
et al.                              )
                                    )
        Defendant.                  )
_____)
```

## ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on October 25, 2016. (ECF No. 4.) The R&R recommends that Plaintiff's Application to Proceed Without Prepayment of Fees (ECF No. 2) be granted but that the Complaint (ECF No. 1) be dismissed. The R&R further recommends that Plaintiff be ordered to refrain from future filings in this Court subject to certain exceptions. Plaintiff has not filed an objection to the R&R.

Dismissal is appropriate in this case if "the court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). The

Court agrees with the R&R's determination that, "even applying . . . liberal standards of review to Plaintiff's Complaint, dismissal is required." (R&R 3.) Plaintiff has failed to exhaust administrative remedies for his claim. Additionally, Plaintiff has not alleged a set of plausible facts on which relief could be granted.

The Court also agrees with Magistrate Judge Almond's conclusion that some prophylactic order is warranted in this case. Plaintiff has been filing similar complaints raising identical issues in various federal courts. (R&R 5-6.) The Court ADOPTS the R&R's recommendation that Plaintiff be limited in his future filings in this Court and ORDERS as follows:

> Plaintiff Ronald Satish Emrit is prohibited from filing any additional complaints or other papers in this Court, except for filings in currently pending cases to object to a Report and Recommendation of a Magistrate Judge or to effect an appeal from this Court, without first obtaining the prior written approval of a District Judge of this Court. If Plaintiff Ronald Satish Emrit wishes to file any additional complaints or other papers in this Court, he shall file a written petition seeking leave of Court to do so. The petition must be accompanied by copies of the documents sought to be filed, and a certification under oath that there is a good faith basis for filing them in Federal Court. The Clerk of Court shall accept the documents, mark them received, and forward them to a District Judge of this Court for action on the petition for leave to file.

For the reasons stated above, Plaintiff's Application to Proceed Without Prepayment of Fees (ECF No. 2) is GRANTED. Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.

Lastly, Plaintiff is hereby ORDERED to submit future filings to this Court in compliance with this Order.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date:  January 4, 2017